IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3162 |
| | ) | |
| v. | ) | |
| | ) | |
| RIGOBERTO ISLAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to vacate, set aside or correct sentence pursuant to 18 U.S.C. § 2255 (Filing No. 56). The Court finds plaintiff should file a response thereto. Accordingly,

IT IS ORDERED that plaintiff shall file a response to said motion on or before April 6, 2007.

DATED this 5th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court