IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3162 |
| | ) | |
| v. | ) | |
| | ) | |
| RIGOBERTO ISLAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion for extension of time to file traverse to government's answer (Filing No. 59). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that defendant's motion is granted; defendant shall have until April 30, 2007, to respond to the government's answer.

      DATED this 18th day of April, 2007.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court